J. A. Holloman, Plaintiff in Error, v. Jacksonville Development Company, a Corporation, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court for Duval County.

Writ of Error dismissed on praecipe of counsel for plaintiff in error, January 22, 1915.

Francis B. McGarry and Gibbons, Maxwell, McGarry & Daniel, for Plaintiff in Error;

Reynolds & Rogers, for Defendant in Error.

———

Rosa Chappelle McGill, Appellant, v. Lewis W. Chappelle and Damon G. Chappelle, as administrators ad litem of James E. Chappelle, Appellees.

An Appeal from Decrees of the Circuit Court for Duval County.

Appeal dismissed on praecipe of counsel for Appellant, April 17, 1915.

Cockrell & Cockrell, for Appellant.